May Term,
1861.

FROMM and Another *v.* LAWRENCE.

SHAW
v.
BOYLAN.

A bill of exceptions not signed by the judge granting it, is a nullity.

Wednesday,
June 12.

APPEAL from the *Carroll* Common Pleas.

*Per Curiam.*—Suit by *Lawrence* against the appellants, upon promissory notes. Issue; trial; verdict and judgment for the plaintiff.

No question is raised on the pleadings, and there is no bill of exceptions in the record. There is a paper copied into the transcript purporting to be a bill of exceptions, but it is not signed by the judge of the Court below, and is therefore a nullity.

The judgment is affirmed, with 6 per cent. damages and costs.

*J. J. Mattler*, for the appellants.

*D. D. Pratt*, for the appellee.